ACCEPTED
04-15-00260-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
9/14/2015 6:00:43 PM
KEITH HOTTLE
CLERK

NO. 04-15-00260-CV

IN THE COURT OF APPEALS
FOURTH COURT OF APPEALS DISTRICT
SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
09/14/15 6:00:43 PM
KEITH E. HOTTLE
Clerk

KAFAI LEE

V.

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
09/14/15 6:00:43 PM
KEITH E. HOTTLE
Clerk

KENNETH LAU, CONNIE ANDREWS, CHINA ROSE MANAGEMENT, L.L.C.,
AND CHINA ROSE, LTD.

_____

**NOTICE OF ENTRY OF APPEARANCE AND
DESIGNATION OF LEAD APPELLATE COUNSEL**
_____

TO THE HONORABLE FOURTH COURT OF APPEALS:

Samuel V. Houston, III, files this Notice of Entry of Appearance and Designation of Lead Counsel in this appeal on behalf of Appellee China Rose, Ltd. Thomas G. Kemmy will continue to serve as co-counsel for China Rose, Ltd.

For purposes of this appeal, Mr. Houston is designated lead attorney for Appellee China Rose, Ltd. and requests that all mail and inquiries be directed to him at the address and number below.

Respectfully submitted,


/s/ *Samuel V. Houston, III*
SAMUEL V. HOUSTON, III
State Bar No. 24041135
HOUSTON DUNN, PLLC
4040 Broadway, Suite 440
San Antonio, Texas 78209
Phone: (210) 775-0882
Fax: (210) 826-0075
sam@hdappeals.com

ATTORNEYS FOR APPELLEE
CHINA ROSE, LTD.

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of foregoing motion was served on the 14th day of September, 2015, by electronic mail and/or electronic service to:

Todd A. Prins
PRINS LAW FIRM
4940 Broadway, Ste. 108
San Antonio, Texas 78209
Email: taprins@prinslaw.com

Thomas Kemmy
LAW OFFICES OF THOMAS G. KEMMY
322 West Woodlawn Avenue
San Antonio, Texas 78212
Email: tkemmy@sbcglobal.net

Sylvan S. Lang, Jr.
LANG LAW FIRM, P.C.
13409 N.W. Military Hwy., Suite 210
San Antonio, Texas 78231
Email: sylvan@langfirm.com

*/s/ Samuel V. Houston, III*
Samuel V. Houston, III